UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02161
    WILLIAM BUCSA
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-9330

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/07/07 and confirmed on 08/24/07.

    2.  The case was dismissed after confirmation, 04/04/2008.

    3.  The Debtor paid a total of $ 13938.66 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
OPTION ONE MORTGAGE CO   CURRENT MORTG        .00              .00           .00
OPTION ONE MORTGAGE CO   MORTGAGE ARRE    7144.48              .00       7144.48
DAIMLER CHRYSLER FINANCI SECURED VEHIC    1920.00              .00       1920.00
ILL STATE TOLL HIWAY AUT UNSECURED        6470.80              .00       2178.70
CAPITAL ONE BANK         UNSECURED        1504.92              .00        150.49
            Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9064.48         .00      7975.72        .00     17040.20
PRINCIPAL PAID      9064.48         .00      2329.19        .00     11393.67
INTEREST PAID           .00         .00           .00       .00           .00
TOTAL PAID          9064.48         .00      2329.19        .00     11393.67
The Debtor's attorney, LEIBOWITZ LAW CENTER          , was allowed $  3000.00
and was paid $   1000.00  direct and $   2000.00  through the plan.

The Trustee received $     544.99 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/17/08                /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE

```
                         PAGE  2
CASE NO. 07 B 02161 WILLIAM BUCSA
```